

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00806-CV

James **COURAGE**,
Appellant

v.

**AMERICAN EXPRESS BANK**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI05845
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED January 10, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice